AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| CHRISTINA MARTINEZ, | ) | |
| *Plaintiff* | ) ) | Civil Action No.   1:25-cv-943 |
| BUTLER COUNTY JAIL, et al., | ) | |
| *Defendant* | ) ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____

☑ other: The Court DISMISSES WITHOUT PREJUDICE Martinez's Amended Petition for Writ of Habeas Corpus (Doc. 21). The Court also DENIES AS MOOT Respondents' Motions to Dismiss (Docs. 8, 9, 22) and  Motion to Vacate (Doc. 20). Because the Court dismisses the Petition, the Court further VACATES its December 29, 2025, Order preventing Respondents from moving Petitioner to a different detention facility or removing her from the county.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge      Douglas R. Cole _____ .

Date:   4/14/26 _____

CLERK OF COURT

*Melissa Saddle*

Signature of Clerk or Deputy Clerk